IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Zavanna, LLC, and Palace Exploration, Company, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| RoDa Drilling Company, RoDa Drilling, LP, Zenergy, Inc., and Zeneco, Inc., | ) ) ) | Case No.  4:09-cv-022 |
| Defendants. | ) | |

Before the court is Defendant Zenergy, Inc.'s and Zeneco, Inc.'s motion for attorney Shannon Wells Stevenson to appear *pro hac vice* on their behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Shannon Wells Stevenson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  Shannon Wells Stevenson has also paid the required admission fees to the office of the Clerk.  Accordingly, Zenergy, Inc.'s and Zeneco, Inc.'s motion (Docket No.  10) is **GRANTED**.  Attorney Shannon Wells Stevenson is admitted to practice before this court in the above-entitled action on behalf of Zenergy, Inc. and Zeneco, Inc.

   **IT IS SO ORDERED.**

   Dated this 15th day of May, 2009.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge