# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Zavanna, LLC, and Palace Exploration Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Ro Da Drilling Company, RoDa Drilling, LP, Zenergy, Inc., and Zeneco, Inc., | ) ) ) | Case No. 4:09-cv-022 |
| Defendants. | ) | |

_____

On May 20, 2009, the parties filed a Stipulation as to Briefing Schedule. The court

**ADOPTS** the parties stipulation (Docket No. 16) and **ORDERS** as follows:

1) Roda Drilling, LP's Motion to Dismiss, Stay or Transfer:

   a. Plaintiffs' response is due by June 1, 2009; and
   b. Defendant Roda Drilling, LP's reply is due June 15, 2009.

2) Zenergy Inc.'s And Zeneco Inc.'s Motion to Dismiss, Transfer or Stay:

   a. Plaintiffs' response is due June 1, 2009; and
   b. Zenergy, Inc.'s and Zeneco Inc.'s replies are due June 15, 2009.

3) Plaintiffs' Motion to Remand
   a. Defendants' responses are due June 8, 2009; and
   b. Plaintiffs' reply is due by June 18, 2009.

**IT IS SO ORDERED.**

Dated this 21st day of May, 2009.

>                                    */s/ Charles S. Miller, Jr.*
>                                     Charles S. Miller, Jr.
>                                     United States Magistrate Judge